IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERNEST RECE DALE BURBAGE,** | : | Civil No. 1:18-cv-1160 |
| Petitioner, | : | |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| Respondent. | : | Judge Sylvia H. Rambo |

## <u>O R D E R</u>

Before the court is a report and recommendation of the magistrate judge (Doc. 4) in which he recommends that Petitioner Ernest Burbage's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice. Burbage has not filed any objections. After consideration of the report and recommendation as well as the applicable law, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation is **ADOPTED**.

2) The petition for a writ of habeas corpus is **DISMISSED** without prejudice.

3) The court declines to issue a certificate of appealability for the reasons set forth in the report adopted by this order.

4) The Clerk of Court shall close this case.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge

Dated: July 16, 2018